**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DEWEY AUSTIN BARNETT, II,      )
                                         )
      Plaintiff,              )
                                         )
      vs.                   )      Case No. 4:26-cv-00734-MTS
                                         )
TRACY BROWN, *et al.*,         )
                                         )
      Defendants.          )

## MEMORANDUM AND ORDER

This matter is before the Court on review of Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*. Doc. [2]. Plaintiff currently is a "prisoner" as that term is defined under 28 U.S.C. § 1915(h). Because he previously filed at least three actions while a prisoner that the Court later dismissed as frivolous, malicious, or because they failed to state a claim upon which relief may be granted,[1] Plaintiff cannot proceed with his instant action unless he prepays the entire $405 filing fee. 28 U.S.C. § 1915(g); *see also Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.), *cert. denied*, 142 S. Ct. 2837 (2022) ("After three strikes, a litigant loses the right to sue without prepaying the filing fee.").[2]

---

[1] *See Barnett v. Fox*, 4:25-cv-0307-SPM, ECF No. 3 (E.D. Mo. May 13, 2025); *Barnett v. Fox*, 4:25-cv-1206-JSD, ECF No. 4 (E.D. Mo. Aug. 27, 2025); *Barnett v. Hill*, 1:25-cv-0167-JMB, ECF No. 5 (E.D. Mo. Oct. 8, 2025). *See also Barnett v. Stacey*, 4:26-cv-0088-RHH, ECF No. 10 (E.D. Mo. Mar. 16, 2026) (noting Plaintiff has three strikes).

[2] Plaintiff's Complaint does not, in any way, show he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

- 2 -

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*, Doc. [2], is **DENIED**.

**IT IS FURTHER ORDERED** that, no later than **Monday**, **June 08, 2026**, Plaintiff shall prepay the entire filing fee of $405 in full.  If Plaintiff fails to do so, the Court will dismiss this action without prejudice and without further notice.

Dated this 18th day of May 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE